**Opinion issued August 20, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-19-00445-CR

### NO. 01-19-00446-CR

### NO. 01-19-00447-CR

———————————

## IN RE ALBERT HARDEMAN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Albert Hardeman has filed petitions for writ of mandamus challenging the

trial court's cumulation order.[1]

---

[1]     The underlying cases are styled *Albert L. Hardeman v. The State of Texas*, cause
numbers 809996, 80997, 80998, in the 337th District Court of Harris County, Texas,
the Honorable Herb Ritchie presiding.

Because Hardeman has not established his entitlement to relief, we deny the petitions. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).